

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2014

No. 04-14-00170-CV

**ANDERSON ENERGY CORPORATION** and Ellersly, Inc.,
Appellants/Cross-Appellees

v.

Dominion Oklahoma Texas Exploration & Production, Inc. and Highmount Exploration &
Production Texas, LLC,
Appellees/Cross-Appellants

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 0005419
Honorable Pedro Gomez, Judge Presiding

## O R D E R

 The Second Joint Motion for Extension of Time to File Briefs is hereby GRANTED.
Time is extended to July 29, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 19th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court